# United States District Court

## Southern District of Georgia

KINSALE INSURANCE COMPANY

Plaintiff

v.

TCR INSTALLATION, INC.

Defendant

Case No. 4:25-cv-00086-RSB-CLR

Appearing on behalf of TCR Installation, Inc.
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 25th day of June, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Michael C. Kendall

Business Address: Kendall Legal, LLC
Firm/Business Name

3152 Golf Ridge Blvd.
Street Address

| Suite 201 | Douglasville | GA | 30135 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

| (770) 577-3559 | 414030 |
|---|---|
| Telephone Number (w/ area code) | Georgia Bar Number |

Email Address: mike@kendall-legal.com